July 11, 2008

Ms. Enid Allyn Patterson Wade
Naman Howell Smith & Lee, L.L.P.
P.O. Box 1470
Waco, TX 76703-1470
Mr. R. John Cullar
Cullar & McLeod LLP
801 Washington, Suite 217
Waco, TX 76701-1250

RE: Case Number: 06-0089
 Court of Appeals Number: 10-04-00085-CV
 Trial Court Number: 26,431-B

Style: CITY OF WACO, TEXAS
 v.
 ROBERT LOPEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Murray |
| |Hill |
| |Ms. Sharri Roessler|
| | |
| |Mr. Ramon G. Viada |
| |III |
| |Mr. Rance L. Craft |